# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re   KASHIQUE BOBB DUBERRY   :
                                :   Case No: 5:20-bk-00943
                                :   Chapter 13
            Debtor               :

## PRAECIPE TO WITHDRAW

Kindly withdraw our Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses filed on March 1, 2021 under document number 53.

                Respectfully submitted,

                **McLAUGHLIN & GLAZER**

Dated: March 2, 2021
                /S/ Robert Glazer_____
                Robert Glazer, Esquire
                Attorney for Debtor
                26 N. Third Street
                Easton, PA 18042
                (610) 258-5609
                Fax: 610-258-4353