UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   KASHIQUE BOBB DUBERRY

                    Debtor(s)

| | |
|---|---|
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>        Movant<br>vs.<br><br>KASHIQUE BOBB DUBERRY<br>etal.<br>        Respondent(s) | CHAPTER 13<br><br><br><br><br>CASE NO: 5-20-00943-MJC |

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 16, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   May 16, 2022                                                Respectfully submitted,

                                                                                  /s/   Agatha R. McHale, Esquire
                                                                                  ID:  47613
                                                                                  Attorney for Movant
                                                                                  Jack N. Zaharopoulos
                                                                                  Standing Chapter 13 Trustee
                                                                                  8125 Adams Drive, Suite A
                                                                                  Hummelstown, PA 17036
                                                                                  Phone:  (717) 566-6097
                                                                                  email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   KASHIQUE BOBB DUBERRY

                        Debtor(s)

JACK N. ZAHAROPOULOS                       CHAPTER 13
CHAPTER 13 TRUSTEE
                        Movant

vs.

KASHIQUE BOBB DUBERRY                   CASE NO: 5-20-00943-MJC
etal.
                        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

       June 7, 2022 at 09:30 AM
       U.S. Bankruptcy Court
       Max Rosenn U.S. Courthouse
       197 S. Main Street
       Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
       **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1350.00**
       **AMOUNT DUE FOR THIS MONTH: $450.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1800.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated: May 16, 2022

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: KASHIQUE BOBB DUBERRY

                Debtor(s)

JACK N. ZAHAROPOULOS                 CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant

vs.

KASHIQUE BOBB DUBERRY             CASE NO: 5-20-00943-MJC
etal.
                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 16, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

ROBERT GLAZER, ESQUIRE
800 WALNUT STREET
EASTONPA18042-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

KASHIQUE BOBB DUBERRY
116 SONGBIRD LANE
SAYLORSBURG PA 18353

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 16, 2022

                                                    /s/ Matt Arcuri
                                                    for Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KASHIQUE BOBB DUBERRY

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

CASE NO: 5-20-00943-MJC

vs.

KASHIQUE BOBB DUBERRY

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.