IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re   KASHIQUE BOBB DUBERRY   :
                                                          :   Case No: 5:20-bk-00943
                                                          :   Chapter 7
                        Debtor   :

## **AMENDED NOTICE**

The Debtor, Kashique Bobb Duberry filed a Motion to Modify Plan Postconfirmation

If you object to the relief requested, you must file your objection/response by February 20, 2023 with the Clerk of Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, PA 18701 and serve a copy on Debtor.

If you file and serve an objection/response within the time permitted, a hearing will be held on March 30, 2023 at 9:30 a.m. at Max Rosenn U.S. Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, PA 18701.   If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

                                                                                      **McLAUGHLIN & GLAZER**

Date:   February 20, 2023                                        By /s/ Robert Glazer, Esq.
                                                                                    Robert Glazer, Esquire
                                                                                     Attorney for Debtor
                                                                                     26 N. Third Street
                                                                                     Easton, PA 18042-4381
                                                                                     610-258-5609
                                                                                     610-258-4353 (fax)
                                                                                      usbcglazer@gmail.com