In re:  Case No. 20-00943-MJC
Kashique Bobb Duberry  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 07, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

**Recip ID    Recipient Name and Address**
+    Barr Nunn Transpo1iation, 1803 Burr Oak Blvd,, Granger, IA 50109-7706

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

**Name    Email Address**

Brian C Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Mario J. Hanyon
    on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Monroe County Tax Claim Bureau
    TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Robert Glazer, Esq
    on behalf of Debtor 1 Kashique Bobb Duberry usbcglazer@gmail.com

Roger Fay
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 rfay@milsteadlaw.com

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Kashique Bobb Duberry  Chapter 13

Debtor  Case No: 5:20-bk-00943-MJC

Matter: Amended Motion for Wage Attachment Order

**ORDER**

UPON CONSIDERATION of the above-referenced Debtor having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statue, **IT IS HEREBY ORDERED** that until further Order of this Court, the entity from whom Debtor receives income from:

Barr Nunn Transportation
1803 Burr Oak Blvd,
Granger, IA 50109

Should deduct from said Debtor's income the sum of $137.00 from each weekly paycheck, or such other sums as Debtor may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, and to remit the deductible sums to:

Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.

**IT IS FUTHER ORDERED** that the employer will place the Bankruptcy Case Number and the name of the Debtor on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 6, 2023