| Debtor1 | Kashique Bobb Duberry |
|---------|----------------------|

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                 (State)

Case number 5:20-bk-00943-MJC

## Form 4100R
# Response to Notice of Final Cure

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:     Mortgage Information

**Name of creditor:** Citigroup Mortgage Loan Trust 2022-RP4            **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:     3900

**Property address:**     116 SONGBIRD LN ,
                           Number       Street

                           SAYLORSBURG, PA 18353
                           City            State      ZIP Code

### Part 2:     Prepetition Default Payments

*Check one:*

[X]     Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]     Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $_____

### Part 3:     Postpetition Mortgage

*Check one:*

[X]     Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:       12/1/2023
                                                          MM/DD/YYYY

[ ]     Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                   (a) $_____

      b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____

      c. Total. Add lines a and b.                                (c) $_____

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                       MM/  DD/  YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;

[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and

[X]  all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  **/s/** Michelle L. McGowan                    Date 12/11/2023

  Signature

Print        Michelle L. McGowan                    Title Authorized Agent

  First Name          Middle Name          Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Rd., Suite 450

  Number          Street

    Alpharetta, GA  30004

  City          State          ZIP Code

Contact    470-321-7112                    Email   mimcgowan@raslg.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kashique Bobb Duberry
116 Songbird Lane
Saylorsburg, PA 18353

And via electronic mail to:

Robert Glazer, Esq
Mclaughlin and Glazer
800 Walnut Street
Easton, PA 18042

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Jessica Norton

Email: jnorton@raslg.com