United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 20-00943-MJC

Kashique Bobb Duberry           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 15, 2024      Form ID: fnldecnd      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kashique Bobb Duberry, 116 Songbird Lane, Saylorsburg, PA 18353-8687 |
| 5327759 | + | Berkheimer, Chestnut Hill twp/Pleasant Valley SD, c/o David R Gordon Esq., 1883 Jory Road, Penn Argyl PA 18072-9652 |
| 5311739 | | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 5504795 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5504796 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-RP4 Serviced by Select Portfolio Servicing, |
| 5502522 | #+ | Citigroup Mortgage Loan Trust 2022-RP4, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5311744 | | Navistar Capital, BMO Harris Bank NA, PO Box 71810, Chicago, IL 60694-1810 |
| 5311745 | | PSECU, PO BOX 67012, Harrisburg, PA 17106-7012 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 18:43:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 15 2024 18:44:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5327800 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 18:43:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5319584 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Feb 15 2024 18:43:00 | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 5311738 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 18:43:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 5337847 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 18:54:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5311740 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 15 2024 18:43:00 | HSBC Bank USA, NA, PO Box 4657, Carol Stream, IL 60197-4657 |
| 5311741 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2024 18:44:00 | IRS, Compliance Services, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 5311742 | | Email/Text: unger@members1st.org | Feb 15 2024 18:44:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5311743 | + | Email/Text: MKnitter@monroecountypa.gov | Feb 15 2024 18:44:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Suite 104, Stroudsburg, PA 18360-2141 |
| 5333452 | + | Email/Text: bankruptcynotices@psecu.com | Feb 15 2024 18:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5311746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 18:54:41 | Sears Master Card, PO Box 6286, Sioux Falls, SD 57117-6286 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 mimcgowan@raslg.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Robert Glazer, Esq | on behalf of Debtor 1 Kashique Bobb Duberry usbcglazer@gmail.com |
| Roger Fay | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kashique Bobb Duberry, | Chapter  13 |
| **Debtor 1** | Case No.  5:20−bk−00943−MJC |

Social Security No.:
xxx−xx−3050

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Kashique Bobb Duberry** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated:  February 15, 2024

**fnldec** (01/22)